DONALDSON, Judge.
2150429—AFFIRMED. NO OPINION.
See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.; § 12-15-319(a)(2), (12); Greene v. Thompson, 554 So.2d 376, 381 (Ala.1989); T.L.S. v. Lauderdale Cty. Dep’t of Human Res., 119 So.3d 431, 437 (Ala.Civ.App.2013); A.K. v. Henry Cty. Dep’t of Human Res., 84 So.3d 68, (Ala.Civ.App.2011); A.M.F. v. Tuscaloosa Cty. Dep’t of Human Res., 75 So.3d 1206, 1212 (Ala.Civ.App.2011); and M.A.J. v. S.F., 994 So.2d 280, 292 (Ala.Civ.App.2008).
2150463—Affirmed, ño opinion.
See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.; § 12-15-319(a)(2), (8), and (12) Ala. Code 1975; C.S. v. Mobile Cty. Dep’t of Human Res., 166 So.3d 680, 685 (Ala.Civ.App.2014); D.V. v. Colbert Cty. Dep’t of Human Res., 121 So.3d 370, 380 (Ala.Civ.App.2012); A.K. v. Henry Cty. Dep’t of Human Res., 84 So.3d 68, (Ala.Civ.App.2011); A.M.F. v. Tuscaloosa Cty. Dep’t of Human Res., 75 So.3d 1206, 1212 (Ala.Civ.App.2011); J.F.S. v. Mobile Cty. Dep’t of Human Res., 38 So.3d 75, 78 (Ala.Civ.App.2009); C.T. v. Calhoun Cty. Dep’t of Human Res., 8 So.3d 984, 989 (Ala.Civ.App.2008); A.R. v. State Dep’t of Human Res., 992 So.2d 748, 760 (Ala.Civ.App.2008); B.S. v. Cullman Cty. Dep’t of Human Res., 865 So.2d 1188, 1196-97 (Ala.Civ.App.2003); and D.W. v. State Dep’t of Human Res., 595 So.2d 502, 504 (Ala.Civ.App.1992).
Thompson, P.J., and Pittman and Thomas, JJ., concur.
Moore, J., concurs specially.